## UNITED STATES DISTRICT COURT
## SOUTERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **DANA BLACK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:23-CV-742 |
| | ) |
| **VERSITI INDIANA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Dana Black ("Black"), brings claims against Defendant, Versiti Indiana, Inc. ("Defendant"), and states as follows:

## OVERVIEW

1.  This Complaint arises under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981, also referred to as "Section 1981." Black contends that she was retaliated against after reporting unlawful conduct and filing a charge with the U.S. Equal Employment Opportunity Commission.

## PARTIES

2.  Black is an individual who, at all relevant times, worked in Indianapolis, Indiana. She was an employee as defined by 42 U.S.C. §2000e(f).

3.  Defendant is domiciled in Indianapolis, Indiana and is an employer as defined by 42 U.S.C. §2000e(b).

## JURISDICTION

4. This Court has jurisdiction over Defendant pursuant to 42 U.S.C. §2000e-5(f)(3) and 28 U.S.C. §1331.

## VENUE

5. Venue is appropriate in the Southern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Southern District of Indiana.

## FACTS

6. Black, an African American, was employed by Defendant. She was employed from April 2022 through November 2, 2022, as a Team Lead. She was paid $25.00 per hour and worked, on average, approximately fifty (50) hours per week.

7. Black met or exceeded Defendant's performance expectations.

8. Black suffered racial discrimination and/or harassment in the workplace.

9. Black reported the discrimination and filed a charge with the EEOC.

. 10. On November 1, 2022, Black reported the fact she filed a charge with the EEOC to her supervisor, Elisa Madison.

11. Defendant fired Black on November 2, 2022.

12. Black has suffered financial harm as a result of Defendant's conduct.

## LEGAL COUNTS

### COUNT 1: RETALIATION

13. Black incorporates paragraphs 1 – 12 herein.

14. Black complained about being discriminated against because of her race. Moreover, she contacted the EEOC about being discriminated against.

15. Defendant was aware of Black's complaint and the fact she contacted the EEOC.

16. Defendant retaliated against Black because she engaged in conduct protected by Title VII and federal law.

17. Black was harmed by Defendant's unlawful willful and/or reckless conduct. Defendant violated Title VII and Section 1981.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in her favor and award her the following relief:

a. An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

b. An Order awarding Plaintiff punitive damages as provided for by federal law;

c. An Order awarding Plaintiff the costs of this action;

d. An Order awarding Plaintiff her attorney's fees;

e. An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

    Respectfully submitted,

    /s/ Christopher S. Wolcott
    Christopher S. Wolcott (#23259-32)
    The Wolcott Law Firm LLC
    450 East 96th Street, Ste 500
    Indianapolis, IN  46240
    Tel: (317) 500-0700
    Fax: (317) 732-1196
    E-Mail:  indy2buck@hotmail.com

    Attorney for Plaintiff